

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00598-CV

Arturo **CARRILLO**,
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV03830
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

Costs of appeal are assessed against the party that incurred them.

SIGNED January 11, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice